UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELISSA HALEY, *individually and on behalf of all others similarly situated*,
       Plaintiff,

-v-

TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA,
       Defendant.

---

17-CV-855 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

 On April 1, 2020, Plaintiff filed a "letter motion" for leave to file an amended complaint. (Dkt. No. 81.) In support of that letter motion, Plaintiff filed a ten-page memorandum of law. (Dkt. No. 83.) Defendant filed a response within two business days, on April 3, 2020. (Dkt. No. 88.) On April 7, 2020, Plaintiff filed a reply memorandum of law. (Dkt. No. 89.) The next day, Defendant filed a letter seeking clarity as to whether this motion was procedurally to be treated as a letter motion. (Dkt. No. 90.)

 This Court will allow this motion to be briefed in the ordinary course, rather than as a letter motion. Accordingly, Defendant shall file a new opposition brief on or before April 22, 2020. And Plaintiff shall file her reply brief on ore before April 29, 2020.

 SO ORDERED.

Dated: April 13, 2020
   New York, New York

              _____
                 J. PAUL OETKEN
              United States District Judge