UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA HALEY,

                 Plaintiff,

-v-

TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF
AMERICA,

                 Defendant.

17-CV-855 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On May 13, 2020, Attorney Eric Lechtzin filed a request to withdraw as counsel for Plaintiff because he is no longer employed by Berger Montague PC.  (Dkt. No. 96.)

    Accordingly, the request to withdraw is GRANTED.  The Clerk of Court is directed to terminate Attorney Eric Lechtzin as counsel for the Plaintiff.

    SO ORDERED.

Dated: May 14, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge