IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA HALEY, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA,<br><br>            Defendant. | Case No. 1:17-cv-00855-JPO |

**STIPULATION AND ORDER**

WHEREAS, on November 24, 2020, Defendant Teachers Insurance and Annuity Association of America ("TIAA") filed a Motion for Summary Judgment and supporting documents (ECF Nos. 118-125, the "TIAA Summary Judgment Motion");

WHEREAS, also on November 24, 2020, Plaintiff Melissa Haley ("Plaintiff" and, collectively with TIAA, the "Parties") filed a Motion for Summary Judgment and supporting documents (ECF Nos. 129-132, collectively the "Plaintiff Summary Judgment Motion");

WHEREAS, also on November 24, 2020, TIAA filed a Motion to Strike or Preclude the Opinions of Plaintiff's Expert and supporting documents (ECF Nos. 126-128, collectively the "Motion to Strike");

WHEREAS, Section 3(E)(iv) of the Court's Individual Practices in Civil Cases provides that "[i]f there are cross-motions for summary judgment addressing the same or overlapping issues, briefing will be seriatim rather than simultaneous";

WHEREAS, the TIAA Summary Judgment Motion and Plaintiff Summary Judgment Motion address overlapping issues;

WHEREAS, Plaintiff wishes to make certain corrections to the Plaintiff Summary Judgment Motion;

WHEREAS, the Parties have agreed upon a seriatim briefing schedule;

NOW, THEREFORE, subject to the Court's approval, the Parties stipulate as follows:

1. TIAA hereby withdraws the TIAA Summary Judgment Motion without prejudice.

2. Plaintiff hereby withdraws the Plaintiff Summary Judgment Motion without prejudice.

3. By the next day on which the Court is open after the Court enters this Stipulation and Order, Plaintiff shall file a corrected Plaintiff Summary Judgment Motion.

4. On or before January 8, 2021:

    (a) TIAA shall file a single brief of no more than 30 pages (not including supporting papers) in opposition to the Plaintiff Summary Judgment Motion and in support of the TIAA Summary Judgment Motion; and

    (b) Plaintiff shall file a brief in opposition to the Motion to Strike.

5. On or before February 8, 2021:

    (a) Plaintiff shall file a single brief of no more than 35 pages (not including supporting papers) both in support of the Plaintiff Summary Judgment Motion and in Opposition to the TIAA Summary Judgment Motion; and

    (b) TIAA shall file a reply brief in support of the Motion to Strike.

6. On or before March 1, 2021, TIAA shall file a reply brief in support of the TIAA Summary Judgment Motion.

Respectfully submitted,

/s/ John J. Nestico (on consent)
John J. Nestico (JN8156)
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
6000 Fairview Ave., Suite 1200
Charlotte, NC 28211
Telephone: (510) 740-2946
Facsimile: (866) 505-8036
jnestico@schneiderwallace.com

Todd S. Collins (Pro Hac Vice)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
tcollins@bm.net

Todd M. Schneider (Pro Hac Vice)
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

*Attorneys for Plaintiffs*

Dated: December 3, 2020

      SO ORDERED.

Dated: December 4, 2020
    New York, New York

/s/ Molly L. Leiwant
Molly L. Leiwant
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 813-8800
mleiwant@goodwinlaw.com

Michael K. Isenman, *admitted pro hac vice*
Jaime A. Santos, *admitted pro hac vice*
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, D.C. 20036
(202) 346-4000
misenman@goodwinlaw.com
jsantos@goodwinlaw.com

James O. Fleckner, *admitted pro hac vice*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jfleckner@goodwinlaw.com

*Attorneys for Defendant*

The Clerk is directed to close the motions at Docket Numbers 118 and 129, which are withdrawn.
  So ordered.

_____
J. PAUL OETKEN
United States District Judge

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2020 this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Molly L. Leiwant
Molly L. Leiwant
