December 15, 2023

**VIA ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**     *Haley v. Teachers Insurance and Annuity Association of America*,
            **No. 1:17-cv-00855-JPO-RWL**

Dear Judge Oetken:

This joint status letter is submitted on behalf of Plaintiff Melissa Haley ("Plaintiff") and Defendant Teachers Insurance and Annuity Association of America ("TIAA") pursuant to the Court's December 8, 2023 Order.  ECF No. 191.

**Status**

The parties appeared before the Court in a telephone conference on November 17, 2023.  Since that conference, the parties have reached an agreement in principle for resolution of the case.  The parties are conferring regarding the terms of the agreement and anticipate resolution by January 12, 2024.

\* \* \* \* \*

The parties are available at the Court's convenience to discuss.

Respectfully,

The Honorable J. Paul Oetken
December 15, 2023
Page 2

| | |
|---|---|
| /s/ James Bloom (with consent) | /s/ Molly L. Leiwant |
| James Bloom (Pro Hac Vice) | Molly L. Leiwant |
| Todd M. Schneider (Pro Hac Vice) | Goodwin Procter LLP |
| SCHNEIDER WALLACE COTTRELL KONECKY LLP | The New York Times Building |
| 2000 Powell Street, Suite 1400 | 620 Eighth Avenue |
| Emeryville, CA 94608 | New York, New York 10018 |
| Telephone: (415) 421-7100 | (212) 813-8800 |
| Facsimile: (415) 421-7105 | mleiwant@goodwinlaw.com |
| tschneider@schneiderwallace.com | |
| jbloom@schneiderwallace.com | Michael K. Isenman |
| | (admitted *pro hac vice)* |
| Todd S. Collins (Pro Hac Vice) | Jaime A. Santos |
| Ellen T. Noteware | (admitted *pro hac vice*) |
| BERGER MONTAGUE PC | Goodwin Procter LLP |
| 1818 Market Street, Suite 3600 | 1900 N Street, NW |
| Philadelphia, PA 19103 | Washington, D.C. 20036 |
| Telephone: (215) 875-3000 | (202) 346-4000 |
| tcollins@bm.net | misenman@goodwinlaw.com |
| | jsantos@goodwinlaw.com |
| John J. Nestico | James O. Fleckner |
| SCHNEIDER WALLACE COTTRELL KONECKY LLP | (admitted *pro hac vice)* |
| | Goodwin Procter LLP |
| 6000 Fairview Ave., Suite 1200 | 100 Northern Avenue |
| Charlotte, NC 28211 | Boston, MA 02210 |
| Telephone: (510) 740-2946 | (617) 570-1000 |
| Facsimile: (866) 505-8036 | jfleckner@goodwinlaw.com |
| jnestico@schneiderwallace.com | |
| | *Attorneys for Defendant Teachers Insurance and Annuity Association of America* |
| *Attorneys for Plaintiff* | |

cc: Counsel of record via ECF