January 12, 2024

**VIA ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *Haley v. Teachers Insurance and Annuity Association of America*,
No. 1:17-cv-00855-JPO-RWL

Dear Judge Oetken:

This joint status letter is submitted on behalf of Plaintiff Melissa Haley ("Plaintiff") and Defendant Teachers Insurance and Annuity Association of America ("TIAA") pursuant to the Court's December 18, 2023 Order. ECF No. 193.

**Status**

Since last providing the Court with a status report (ECF No. 192), the parties have reached agreement regarding resolution of the case, and anticipate filing a stipulation of dismissal shortly.

\* \* \* \*

The parties are available at the Court's convenience to discuss.

Respectfully,

The Honorable J. Paul Oetken
January 12, 2024
Page 2

| | |
|---|---|
| /s/ James Bloom (with consent) | /s/ Molly L. Leiwant |
| James Bloom (Pro Hac Vice) | Molly L. Leiwant |
| Todd M. Schneider (Pro Hac Vice) | Goodwin Procter LLP |
| SCHNEIDER WALLACE COTTRELL KONECKY LLP | The New York Times Building |
| 2000 Powell Street, Suite 1400 | 620 Eighth Avenue |
| Emeryville, CA 94608 | New York, New York 10018 |
| Telephone: (415) 421-7100 | (212) 813-8800 |
| Facsimile: (415) 421-7105 | mleiwant@goodwinlaw.com |
| tschneider@schneiderwallace.com | |
| jbloom@schneiderwallace.com | Michael K. Isenman |
| | (admitted *pro hac vice)* |
| Todd S. Collins (Pro Hac Vice) | Jaime A. Santos |
| Ellen T. Noteware | (admitted *pro hac vice*) |
| BERGER MONTAGUE PC | Goodwin Procter LLP |
| 1818 Market Street, Suite 3600 | 1900 N Street, NW |
| Philadelphia, PA 19103 | Washington, D.C. 20036 |
| Telephone: (215) 875-3000 | (202) 346-4000 |
| tcollins@bm.net | misenman@goodwinlaw.com |
| | jsantos@goodwinlaw.com |
| John J. Nestico | James O. Fleckner |
| SCHNEIDER WALLACE COTTRELL KONECKY LLP | (admitted *pro hac vice)* |
| 6000 Fairview Ave., Suite 1200 | Goodwin Procter LLP |
| Charlotte, NC 28211 | 100 Northern Avenue |
| Telephone: (510) 740-2946 | Boston, MA 02210 |
| Facsimile: (866) 505-8036 | (617) 570-1000 |
| jnestico@schneiderwallace.com | jfleckner@goodwinlaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Teachers Insurance and Annuity Association of America* |

cc: Counsel of record via ECF