# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA HALEY,<br><br>　　　　Plaintiff,<br>　v.<br><br>TEACHERS INSURANCE and ANNUITY ASSOCIATION<br><br>　　　　Defendant. | CASE NO.: 1:17-CV-00855<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Melissa Haley and Defendant Teachers Insurance and Annuity Association of America hereby stipulate to the dismissal of all claims with prejudice, with each party to bear their own costs, claims to interest, and attorneys' fees. Upon dismissal of these claims, there are no remaining claims left for the Court to adjudicate.

Dated: January 23, 2024　　　　　　　　　Respectfully submitted,

*[signature]*

Ellen T. Noteware
Todd S. Collins (*Pro Hac Vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
enoteware@bm.net
tcollins@bm.net

John J. Nestico (JN8156)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
6000 Fairview Ave., Suite 1200
Charlotte, NC 28211
Telephone: (510) 740-2946
Facsimile: (866) 505-8036
jnestico@schneiderwallace.com

Todd M. Schneider (*Pro Hac Vice*)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

*Attorneys for Plaintiff*

*[signature]*

Molly L. Leiwant
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 813-8800
mleiwant@goodwinlaw.com

Michael K. Isenman
(admitted *pro hac vice*)
Jaime A. Santos
(admitted *pro hac vice*)
Goodwin Procter LLP
1900 N Street, NW
Washington, D.C. 20036
(202) 346-4000
misenman@goodwinlaw.com
jsantos@goodwinlaw.com

James O. Fleckner
(admitted *pro hac vice*)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jfleckner@goodwinlaw.com

*Attorneys for Defendant Teachers Insurance and Annuity Association of America*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ Ellen T. Noteware
Ellen T. Noteware

ACTIVE/127256153